PROB 12A
(7/93)

# United States District Court

## for

## District of New Jersey

## Report on Offender Under Supervision

Name of Offender: Clifford Jones

Cr.: 98-00376-001
PACTS #: 20226

Name of Judicial officer: THE HONORABLE CLAIRE C. CECCHI
UNITED STATES DISTRICT JUDGE

Name of Sentencing Judicial Officer:   THE HONORABLE JOSEPH A. GREENAWAY, JR.
UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 10/12/1999

Original Offense: Conspiracy to Possess with Intent to Distribute 100 Grams or More of Heroin

Original Sentence: 188 months imprisonment, 5 years supervised release; $100 Special Assessment

Special Conditions: Prohibition to possess a firearm; prohibition to possess controlled substances; substance abuse testing and treatment; and full financial disclosure.

Type of Supervision: Supervised Release                    Date Supervision Commenced: 12/27/13

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
| --- | --- |
| 1 | The offender has violated the special supervision condition which states 'You shall refrain from the illegal possession and use of drugs, including prescription medication not prescribed in your name, and the use of alcohol, and shall submit to urinalysis or other forms of testing to ensure compliance. It is further ordered that you shall submit to evaluation and treatment, on an outpatient or inpatient basis, as approved by the U.S. Probation Office. You shall abide by the rules of any program and shall remain in treatment until satisfactorily discharged by the Court. You shall alert all medical professionals of any prior substance abuse history, including any prior history of prescription drug abuse. The Probation Officer shall supervise your compliance with this condition.' |

On August 6, 2015, the offender tested positive for marijuana, and on October 14 and 21, 2015, he tested positive for cocaine. When confronted with the results, the offender was defensive and was unwilling to admit use of either narcotic.

2                  The offender has violated the standard supervision condition which states **'You shall not commit another federal, state, or local crime.'**

On October 8, 2015, the offender was arrested by the New York City Police Department and charged with violating the local law after being observed urinating in public. Upon further investigation, it was discovered that the offender had two active warrants that pre-date his current supervised release term. The local law violation remains pending.

**U.S. Probation Officer Action:**

Your Honor was previously notified of the offender's first positive urinalysis for marijuana via a Probation Form 12A on September 17, 2015. At that time, we recommended no court action, as the offender had been referred to *Bridge Back for Life* in Brooklyn, New York, for outpatient drug treatment. Given the recent positives, his treatment schedule was increased and he has complied and attended as directed. Since his last positive result, the offender has submitted eight additional urinalysis that have all tested negative for illicit substances.

The offender continues to be supervised in the Eastern District of New York, given his residence in Brooklyn. In addition to substance abuse treatment, the offender is receiving mental health treatment from a psychiatrist at Babok Medical Health Services in Brooklyn. The United States Probation Office in the Eastern District of New York recommends no further action be taken at the time regarding the positive results or the aforementioned arrest. The offender is aware that any further drug use will result in violation proceedings.

Respectfully submitted,
By: Gisella M. Bassolino
U.S. Probation Officer

*Maureen Kelly*
Maureen Kelly
2015.12.17 20:53:31
-05'00'

Date: 12/17/2015

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

☑ No Formal Court Action to be Taken at This Time

☐ Submit a Request for Modifying the Conditions or Term of Supervision

☐ Submit a Request for Warrant or Summons

☐ Other

_____
Signature of Judicial Officer

2/9/16
_____
Date